IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOUGLAS GOEBEL,<br>  Plaintiff | §<br>§<br>§ | CIVIL ACTION<br>NO. 2:11-cv-01335 |
| v. | §<br>§<br>§<br>§ | SECTION "F" (1)<br>Dist. Judge Feldman<br>Mag. Judge Shushan |
| GUILBEAU MARINE, INC.,<br>  Defendant | §<br>§ | JURY TRIAL DEMANDED |

## ORDER

Plaintiff's motion pursuant to Local Rule 83.2.5 for the pro hac vice admission of Andrew S. Golub is GRANTED, and the motion pursuant to Local Rule 11.2 for designation of Mr. Golub as plaintiff's trial attorney is likewise GRANTED.

New Orleans, Louisiana, this 28th day of June, 2011.

_____
U.S. DISTRICT JUDGE

          Respectfully submitted,

          s/ Robert E. McKnight, Jr.
          Robert E. McKnight, Jr., TA, #22114
          Law Office of Robert E. McKnight, Jr.
          203 N. Liberty Street
          Victoria, Texas   77901
          (361) 573-5500
          (361) 573-5040 (fax)
          mcknightr@lawmgk.com

          Attorney for Douglas Goebel

OF COUNSEL:

Andrew S. Golub
Dow Golub Remels & Beverly, LLP
9 Greenway Plaza, Suite 500
Houston, Texas 77046
Telephone: (713) 526-3700
Telecopier: (713) 526-3750
asgolub@dowgolub.com

## Certificate of Service

I hereby certify that I have served the foregoing proposed order on Guilbeau Marine by first class U.S. Mail, postage prepaid, through its registered agent for service of process, on June 27, 2011:

          Anthony Guilbeau
          Guilbeau Marine, Inc.
          14878 W. Main Street
          Cut Off, LA   70345

          s/ Robert E. McKnight, Jr.
          Robert E. McKnight, Jr.