UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DOUGLAS GOEBEL | * | CIVIL ACTION NO. |
| VERSUS | * | 2:11-CV-1335 |
| GUILBEAU MARINE, INC. | * | JUDGE "F" FELDMAN |
| | * | |
| *  *  *  *  *  *  * | | MAGISTRATE (1) SHUSHAN |

### ANSWER ON BEHALF OF GUILBEAU MARINE, INC. TO PLAINTIFF'S COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Guilbeau Marine, Inc., made defendant herein, and for answer to the Plaintiff's Complaint of Douglas Goebel, avers as follows:

### FIRST DEFENSE

Douglas Goebel fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Douglas Goebel is barred by the applicable period of prescription and/or statute of limitations and/or laches.

### THIRD DEFENSE

Answering separately the allegations of the Complaint, defendant, Guilbeau Marine, Inc., states as follows:

I.

The truth of the allegations of fact contained in Paragraph 1 of the Complaint is denied for lack of sufficient information to justify a belief therein.

II.

With respect to the allegations contained in Paragraph 2 of the Complaint, it is admitted that Guilbeau Marine, Inc. is a Louisiana corporation.  Except as admitted, the remaining allegations contained therein are denied for lack of sufficient information to justify a belief there.

III.

The allegations contained in Paragraph 3 of the Complaint state legal conclusions requiring no answer of this defendant; however, should answer be required, the allegations contained therein are denied.

IV.

The allegations contained in Paragraph 4 of the Complaint state legal conclusions requiring no answer of this defendant; however, should answer be required, the allegations contained therein are denied.

V.

The truth of the allegations of fact contained in Paragraph 5 of the Complaint is admitted.

VI.

The truth of the allegations of fact contained in Paragraph 6 of the Complaint is denied for lack of sufficient information to justify a belief therein.

VII.

The truth of the allegations of fact contained in Paragraph 7 of the Complaint is admitted.

VIII.

With respect to the allegations contained in Paragraph 8 of the Complaint, it is admitted that "the use of illegal drugs on board a vessel is improper, unsafe and a violation of law." Except as admitted, the truth of the remaining allegations of fact is denied.

IX.

The truth of the allegations of fact contained in Paragraph 9 of the Complaint is denied.

X.

The truth of the allegations of fact contained in Paragraph 10 of the Complaint is denied.

XI.

The truth of the allegations of fact contained in Paragraph 11 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XII.

The truth of the allegations of fact contained in Paragraph 12 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XIII.

The truth of the allegations of fact contained in Paragraph 13 of the Complaint is denied.

XIV.

The truth of the allegations of fact contained in Paragraph 14 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XV.

The truth of the allegations of fact contained in Paragraph 15 of the Complaint is

admitted.

XVI.

The truth of the allegations of fact contained in Paragraph 16 of the Complaint is denied.

XVII.

The truth of the allegations of fact contained in Paragraph 17 of the Complaint is denied.

XVIII.

The truth of the allegations of fact contained in Paragraph 18 of the Complaint is denied.

XIX.

The truth of the allegations of fact contained in Paragraph 19 of the Complaint is denied.

XX.

The truth of the allegations of fact contained in Paragraph 20 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XXI.

The truth of the allegations of fact contained in Paragraph 21 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XXII.

The truth of the allegations of fact contained in Paragraph 22 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XXIII.

The truth of the allegations of fact contained in Paragraph 23 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XXIV.

The truth of the allegations of fact contained in Paragraph 24 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XXV.

The truth of the allegations of fact contained in Paragraph 25 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XXVI.

The truth of the allegations of fact contained in Paragraph 26 of the Complaint is denied for lack of sufficient information to justify a belief therein.

XXVII.

The allegations contained in Paragraph 27 of the Complaint require no answer of this defendant; however, should answer be required, the allegations contained therein are denied.

XXVIII.

The allegations contained in Paragraph 28 of the Complaint state legal conclusions requiring no answer of this defendant; however, should answer be required, the allegations contained therein are denied.

XXIX.

The allegations contained in Paragraph 29 of the Complaint state legal conclusions requiring no answer of this defendant; however, should answer be required, the allegations contained therein are denied.

XXX.

The truth of the allegations of fact contained in Paragraph 30 of the Complaint is denied

for lack of sufficient information to justify a belief therein.

XXXI.

The truth of the allegations of fact contained in Paragraph 31 of the Complaint is denied.

XXXII.

The truth of the allegations of fact contained in Paragraph 32 of the Complaint is denied.

XXXIII.

The truth of the allegations of fact contained in Paragraph 33 of the Complaint is denied.

XXXIV.

The allegations contained in Paragraph 34 of the Complaint require no answer of this defendant; however, should answer be required, the allegations contained therein are denied.

XXXV.

The allegations contained in Paragraph 35 of the Complaint require no answer of this defendant; however, should answer be required, the allegations contained therein are denied.

XXXVI.

The allegations contained in Paragraph 36 of the Complaint require no answer of this defendant; however, should answer be required, the allegations contained therein are denied

XXXVII.

The allegations contained in the Prayer of the Complaint, including subparts (a) through (g), state legal conclusions requiring no answer of this defendant; however, should answer be required, the allegations contained therein are denied.

**FOURTH DEFENSE**

As a separate and complete defense, Guilbeau Marine, Inc. avers that Douglas Goebel made misrepresentations to the U.S. Coast Guard; as such, Douglas Goebel's reportings to the U.S. Coast Guard were not made in good faith.

**FIFTH DEFENSE**

Guilbeau Marine, Inc. reserves the right to supplement or amend this answer as Guilbeau Marine, Inc. may deem necessary.

**WHEREFORE**, defendant, Guilbeau Marine, Inc., prays that this Answer be deemed good and sufficient, and that after due proceedings are had, there be judgment herein in favor of Guilbeau Marine, Inc. and against Douglas Goebel, dismissing plaintiff's suit at his cost.

Respectfully submitted, this  6th   day of September, 2011.

**HELM LAW FIRM, L.L.C.**

*Michael G. Helm /s/*

BY:_____
MICHAEL G. HELM (18946)
832 E. Boston Street, Unit 4
Covington, LA 70433
Tel: (985) 867-8667
Fax: (985) 867-8217
Firm E-mail: mhelm@helmlawfirm.com
**Attorney for Guilbeau Marine, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that on this __6th__ day of September, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Robert E. McKnight, Jr., Esq.
Andrew S. Golub, Esq., Of Counsel
**Attorneys for Douglas Goebel**

I further certify that I mailed the foregoing pleading via first-class mail, postage prepaid, to the following non-CM/ECF participants:

N/A

*Michael G. Helm /s/*

_____
MICHAEL G. HELM